NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

MISCELLANEOUS DOCKET NO. 920

IN RE DEUTSCHE BANK TRUST COMPANY AMERICAS
and TOTAL BANK SOLUTIONS, LLC,

Petitioners.

On petition for writ of mandamus to the United States District Court
for the Southern District of New York, case no. 1:09-CV-02675, Judge Victor Marrero.

ON PETITION FOR WRIT OF MANDAMUS

O R D E R

Deutsche Bank Trust Company Americas and Total Bank Solutions, LLC submit a petition for a writ of mandamus to direct the United States District Court for the Southern District of New York to vacate its order that exempted the plaintiffs' lead litigation counsel from the district court's patent prosecution bar. Island Intellectual Property LLC, LIDs Capital LLC, and Double Rock Corporation, and Intrasweep LLC submit an opposition.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The petitioners are directed to file seven additional copies of the mandamus petition no later than December 18, 2009. The respondents are directed to file seven additional copies of the opposition no later than December 18, 2009.

(2)    Oral argument will be held on January 12, 2010 at 10 a.m.

FOR THE COURT

DEC 1 5 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Jeffrey A. Finn, Esq.
      Charles Robert Macedo, Esq.

s8



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 5 2009

JAN HORBALY
CLERK